E-FILED
Wednesday, 28 December, 2011 08:52:51 AM
Clerk, U.S. District Court, ILCD

United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 28 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

BRADLEY D. DEARBORN

# CRIMINAL COMPLAINT

CASE NUMBER: 11-mj-6077

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 19, 2011 in McDonough county, in the Central District of Illinois the defendant, (Track Statutory Language of Offense)

knowingly possessed more than twenty-eight (28) grams of a mixture and substance containing a detectable amount cocaine base, a Schedule II controlled substance, with intent to distribute,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

I further state that I am a(n) Lieutnant with the McDonough County Sheriff's Department and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ Justin Lundgren

Signature of Complainant
Justin Lundgren
Lieutenant, McDonough County Sheriff's Dept.

Sworn to before me and subscribed in my presence,

12-28-11 at Peoria, Illinois
Date City and State

s/ John A. Gorman

JOHN A. GORMAN
United States Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

**1.** I, Lieutenant Justin Lundgren am a supervisory Deputy Sheriff with the McDonough County, Illinois Sheriff's Office. During my 15 years as a Deputy Sheriff I have been involved in over two hundred illegal narcotic arrests. I have also been the case agent on numerous narcotic search warrants as well as supervised hundreds of felony cases. I have been the affiant on numerous search warrants and arrest warrants involving felony criminal cases. These cases include methamphetamine labs and meth distribution conspirators, Crack Cocaine conspiracies, as well as illegal gun sales and trafficking. I have had extensive ongoing training in illegal narcotics including methamphetamine, crack cocaine and other illegal narcotics. The majority of my ongoing training was provided by the Drug Enforcement Administration (D.E.A), the National Criminal Enforcement Association and the Western Illinois Police Training Unit. I have had training from the Bureau of Alcohol, Tobacco and Firearms (BATF) as well as the Federal Bureau of Investigation (F.B.I). I currently supervise the combined drug investigations program at the McDonough County Sheriff's Office.

**2.** The information set forth in this Affidavit is known to me as a result of an ongoing investigation personally conducted by me and other law enforcement agents into the manufacture and distribution of Crack Cocaine.

**3.** This Affidavit is being submitted for the limited purpose of establishing probable cause to obtain an arrest warrant for **Bradley D. Dearborn**; M/B, D.O.B. 11/30/69, 332 W. Calhoun Unit # 3 St. Macomb, IL.

**4.** On November 02, 2011 confidential Source (C/S) James Evans (not real name) met with agents and officers of the Macomb Police Department and the McDonough County Sheriff's Office. C/S Evans reported that Darvey Cochran was transporting and

distributing crack cocaine in Macomb, IL. C/S Evans agreed to assist the combined McDonough County/Macomb Police Drug Unit with this ongoing narcotics case. The C/S has witnessed Darvey Cochran selling crack cocaine since August 2011 on approximately 5 - 7 occasions per day on each occasion Cochran would sell "rocks" (½ gram quantities of crack cocaine) The C/S also provided names of other individuals that were regularly purchasing crack cocaine from Darvey Cochran. C/S Evans said that Cochran normally meets customers at the Cenex gas station in Macomb, IL.

**5.** On November 17th, 2011 C/S Evans contacted agents and said that Darvey Cochran was in possession of crack cocaine and was wanting to sell it. A controlled purchase was set up by agents. In person surveillance and photo surveillance was put in place to watch the controlled transaction. C/S Evans also consented to utilizing a court authorized overhear device during the transaction. The C/S, with $50.00 in pre-recorded currency, free and clear of all other currency and contraband went to meet with Cochran at a pre determined location. C/S Evans entered Cochran's apartment. During the controlled purchase agents could hear C/S Evans ask an unknown subject if Darvey was home. The unknown male said no and provided C/S Evans with crack cocaine from the $50.00 in pre - recorded currency. After the transaction the C/S stated that they were unsure of the subjects name in Cochran's apartment that sold the crack cocaine to them. C/S Evans has seen the subject at Cochran's before while Cochran's been present but was unsure of his name. The C/S provided agents with one baggie of suspect crack cocaine. It field tested positive for cocaine. The cocaine had a field weight of .05 grams. The C/S identified Bradley Dearborn out of a photo line-up as the person she purchased the crack cocaine from with $50.00 in pre - recorded currency. The C/S also provided a written statement of the events that occurred during the transaction. The controlled purchase was set up with Cochran but Dearborn provided the C/S with the crack cocaine.

**6.** On December 13th, 2011 Confidential Source (C/S) Jim Powers (not real name) met with agents and officers of the Macomb Police Department and the McDonough County Sheriff's Office. The C/S agreed to assist the combined McDonough County/Macomb Police Drug Unit with this ongoing investigation. C/S Powers reported that Darvey

Cochran's associate Brad "B" has been distributing large amounts of crack cocaine in Macomb, IL since August 01, 2011. Agents were familiar with Darvey Cochran and Bradley Dearborn ("B") prior to C/S Powers information.. Agents knew Bradley Dearborn stays at Cochran's apartment at 332 W Calhoun St, Unit #E, Macomb, IL while he is in town distributing crack cocaine. Agents provided a photo of Bradley Dearborn to C/S Powers. C/S Powers identified Dearborn as Brad "B". C/S Powers said that they have been purchasing crack cocaine from Cochran and Dearborn since August 01, 2011. C/S Powers said they normally would purchase $2,000 to $3,000 dollars of crack cocaine a week from Cochran and Dearborn. C/S Powers said during the week of November 19th, 2011 thru November 27th, 2011 they made several trips to Cochran's apartment and purchased crack cocaine from Bradley Dearborn. C/S Powers said during that week they purchased over an ounce of crack cocaine from Bradley Dearborn at Cochran's apartment. C/S Powers said it was normal for them to call Cochran and set the drug transaction up and then Dearborn would do the drug transaction. C/S Powers said that Bradley Dearborn is currently back in Chicago, IL but is planning on moving to Macomb, IL soon. C/S Powers said that Dearborn normally just comes down to Macomb, IL for a week or so and sells crack cocaine until he runs out. Bradley Dearborn then goes back to Chicago, IL for approximately a week and then returns to Macomb, IL with more crack cocaine.

**7.** On December 18th, 2011 C/S Powers contacted agents and said that Bradley Dearborn was in possession of crack cocaine and was wanting to sell it. A controlled purchase was set up by agents. In person surveillance was put in place to watch the controlled transaction. C/S Powers also consented to utilizing a video recording only device during the transaction. The C/S, with $400.00 in pre-recorded currency, free and clear of all other currency and contraband went to meet with Dearborn at a pre determined location. Agents observed C/S Powers enter Cochran's apartment, 332 W Calhoun St, Unit #E, Macomb, IL

and then exit approximately two minutes later. After the transaction, the C/S provided agents with eight small baggies of suspect crack cocaine. It field tested positive for cocaine. The cocaine had a field weight of 3.9 grams. The C/S picked Bradley Dearborn out of a photo line-up as the person they purchased the crack cocaine from. The C/S also provided a written statement of the events that occurred during the transaction.

**8.** On December 19th, 2011 Agents along with the Illinois State Police S.W.A.T. Team executed two search warrants at 332 W Calhoun St, Unit #E, Macomb, IL and 234 W Adams St, Macomb, IL. Darvey Cochran is on the lease for both residences under an alias name of Darvey England. Cochran was currently staying at his address of 234 W Adams St, Macomb, IL while Bradley Dearborn was staying at Cochran's other residence at 332 W Calhoun St, Unit #E, Macomb, IL. Cochran would also stay at the 332 W Calhoun St, Unit #E, Macomb, IL from time to time. Agents purchased crack cocaine from Dearborn and Cochran at 332 W Calhoun St, Unit# E, Macomb, IL during the investigation and knew that Dearborn was currently staying at 332 W Calhoun St, Unit #E, Macomb, IL prior to executing the search warrant. During the execution of the warrant at 332 W Calhoun St, Unit#E, Macomb, IL agents arrested Bradley Dearborn and seized approximately 60 grams of crack cocaine packaged for delivery, U.S. Currency and packaging materials were seized. Agents also recovered some of the pre-recorded currency used from previous buys at 332 W Calhoun St, Unit#E, Macomb, IL. The total crack cocaine seized from both locations had an approximate field weight of 90 grams. The suspect crack cocaine field tested positive for cocaine.

**9.** Dearborn is currently on state parole and has at least one or more felony convictions. On December 19th, 2011 agents interviewed Dearborn under Miranda, Dearborn admitted to being involved in illegal narcotic activity and making mistakes because of financial

problems. He said he was affiliated with the Gangster Disciples, but was no longer an active member.

Based on the information contained in this affidavit, your affiant requests the issuance of an arrest warrant for **Bradley D. Dearborn**.

s/ Justin Lundgren

______________________________________

Lieutenant Justin Lundgren
McDonough County Sheriff's Office

Sworn to and subscribed to
Before me this date,
December __28th__, 2011

s/ John A. Gorman

______________________________________

John A. Gorman
United States Magistrate Judge
Peoria, Illinois